GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER [136820]
Assistant United States Attorney
 Room 7211, Federal Building
 300 North Los Angeles Street
 Los Angeles, CA 90012
 Telephone: (213) 894-2454
 Facsimile: (213) 894-0115

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JAMES F. and CONNIE B. ALDERSON; JUSTIN W. and KRISTEN N. ALDERSON; and JENNIDER A. and WALTER PAGE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CV 09-6155-SVW(MLGx)<br><br>[PROPOSED] SUMMARY JUDGMENT IN FAVOR OF UNITED STATES OF AMERICA |

The defendant's motion for judgment came on for hearing before the Court, the Honorable Stephen V. Wilson, United States District Judge, presiding.

After carefully considering the papers filed in support of and in opposition to the motion, all matters properly a part of the record, and good cause appearing therefor,

///

///

///

IT IS ORDERED AND ADJUDGED that defendant's motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that:

1. Plaintiffs James F. and Connie B. Alderson are not entitled to a refund of federal income taxes for the year 2003.

2. Plaintiffs Justin W. and Kristen N. Alderson are not entitled to a refund of federal income taxes for the year 2003.

3. Plaintiffs Jennifer A. and Walter Page are not entitled to a refund of federal income taxes for the taxable year 2003.

4. Plaintiffs James F. and Connie B. Alderson, Justin W. and Kristen N. Alderson, and Jennifer A. and Walter Page take nothing by their complaint.

DATED: 5/27/10

STEPHEN V. WILSON
United States District Judge

Presented By:

GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

THOMAS D. COKER
Assistant United States Attorney

Attorneys for the United States of America

<u>Alderson et al., v. United States of America,</u>
09-6155-SVW(MLGx) Summary Judgment
in Favor of Defendant United States of America